UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROY MATHEW, et al.,                               :

        Plaintiffs,                  :

        -against-                     :

SMZ IMPEX,INC., FARM AND GROCERY, INC., :
et al.,
        Defendants.                  :
------------------------------------------------------------X

**ORDER**

17-CV-9870 (JPO) (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that a telephonic conference shall be held on May 7, 2020, at 2:30 p.m.  The parties shall use call-in number (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York
      May 4, 2020

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE