UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROY MATHEW, et al.,                                :

       Plaintiffs,                         :

         -against-                            :

SMZ IMPEX,INC., FARM AND GROCERY, INC., :
et al.,
       Defendants.                         :
------------------------------------------------------------X

**ORDER**

17-CV-9870 (JPO) (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    A telephonic conference was scheduled to be held on May 7, 2020, at 2:30 p.m. The defendants failed to participate in the conference; therefore, the conference could not go forward. A telephonic conference shall be held with the parties on May 14, 2020, at 10:30 a.m. The parties shall use call-in number (888) 557-8511 and, thereafter, enter access code 4862532. The parties are reminded that failing to comply with a court order may result in sanctions.

Dated: New York, New York            SO ORDERED:
      May 7, 2020

                                                _____
                                                KEVIN NATHANIEL FOX
                                                UNITED STATES MAGISTRATE JUDGE