UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ROY MATHEW, JASON YESUDASAN, ABDUR
HOWLADER, MIAH SALIM MOHAMMAD
individually and on behalf of others similarly situated,

       Plaintiffs,

       - against -                                      **ORDER**
                                                           17-CV-9870 (JPO) (KNF)

SMZ IMPEZ, INC., FARM AND GROCERY, INC.,
KUSUM SHAH, individually, and JAGESH SHAH
individually,

       Defendants.

------------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       A conference was held with counsel to the respective parties on May 14, 2020. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

       1) all discovery, of whatever nature, be initiated so as to be completed on or before November 25, 2020;

       2) the last date on which to amend pleadings will be July 1, 2020;

       3) the last date on which to join additional parties will be July 1, 2020;

       4) any dispositive motion shall be served and filed on or before December 29, 2020;

       5) the response to any such motion and any reply shall be made in accordance with Local Civil Rule 6.1 of this court;

       6) if no dispositive motion is made, the parties shall submit their joint pretrial order to the court on or before December 29, 2020. That document must conform to the requirements for such an order that are found in the Individual Rules of Practice of the assigned district judge; and

7) a telephonic status conference shall be held with the parties on October 15, 2020, at 10:00 a.m. The parties shall use call-in number (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York
       May 14, 2020

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE