UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROY MATHEW, JAYSON YESUDASAN, ABDUR HOWLADER, MIAH SALIM MOHAMMAD individually and on behalf of others similarly situated,

          Plaintiffs,

    -against-

SMZ IMPEX, INC., FARM AND GROCERY, INC., KUSUM SHAH, individually, BHARAT SHAH, individually, JIGAR SHAH, individually, MANGESH SHAH, individually, and JAGESH SHAH, individually,,

          Defendants.
-----------------------------------------------------------------X

**ORDER**

17-CV-9870 (JPO)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on December 17, 2020, at 11:00 a.m. All parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York
        December 16, 2020

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE