# JOSEPH & NORINSBERG, LLC

110 East 59ᵗʰ Street, Suite 3200
New York, NY 10022
Tel (212) 227-5700
Fax (212) 656-1889

Chaya M. Gourarie, Esq.
chaya@norinsberglaw.com
www.employeejustice.com

February 12, 2021

**VIA ECF**
Hon. Kevin N. Fox, U.S.M.J.
United States Courthouse
40 Foley Square, Room 228
New York, NY 10007

Re: *Mathew et al v. SMZ Impex, Inc. et al.*,
  **Docket No.: 17-cv-09870 (JPO)(KNF)**

Dear Magistrate Judge Fox:

This firm represents Roy Mathew, Abdur Howlader, Jayson Yesudasan, and Miah Salim Mohammad (collectively, "Plaintiffs"), in the above-referenced wage-and-hour action. We write now to advise the Court that the parties have agreed to participate in a private mediation with NAM mediator Judge Peter B. Skelos (Ret.), to attempt to resolve the above-reference matter amicably, in lieu of further litigation and motion practice. We are now in the process of scheduling a March 2021 mediation date with NAM. As a result of the foregoing, the parties respectfully request that the court stay the February 16, 2021 discovery deadline, ordered by this Court on December 22, 2020 [Dkt. No. 86], pending the outcome of the mediation.

We thank the Court for its consideration of this request.

Respectfully submitted,

Chaya M. Gourarie, Esq.

2/16/21
In this judicial district, involvement in mediation is to have no impact on a scheduling order. This is made clear in Local Civil Rule 89.3(c)(4) of this court. Therefore, the instant application is denied.
SO ORDERED:

Kevin Nathaniel Fox, U.S.M.J.