UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ROY MATHEW, JAYSON YESUDASAN, ABDUR HOWLADER, MIAH SALIM MOHAMMAD individually and on and all others similarly situated,

            Dkt. No.: 17-cv-9870 JPO-KNF

         *Plaintiffs*,      **NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

   -against-

SMZ IMPEX, INC., FARM AND GROCERY, INC., KUSUM SHAH, individually, BHARAT SHAH, individually, JIGAR SHAH, individually, MANGESH SHAH, individually, and JAGESH SHAH, individually,

         *Defendants*.
------------------------------------------------------------------------X

  On November 4, 2021, Defendants SMZ Impex, Inc., Farm and Grocery, Inc., Kusum Shah, Bharat Shah, Jigar Shah, Mangesh Shah, and Jagesh Shah, (collectively "Defendants") served on Plaintiffs Roy Mathew, Jayson Yesudasan, Abdur Howlader, Miah Salim Mohammad (collectively, "Plaintiffs") an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure. (Annexed hereto as Exhibit A). Now, within fourteen (14) days of service of said offer, Plaintiffs hereby serve notice of their acceptance of said offer of judgment and the terms set forth therein. In accordance with Rule 68(a) and Rule 54(b) of the Federal Rules of Civil Procedure, Plaintiffs, respectfully request the Clerk to enter judgment in favor of Plaintiffs in accordance with the terms set forth in Defendant's Offer of Judgment.

Dated: New York, New York
    December 6, 2021

                   Respectfully submitted,

                   **JOSEPH & NORINSBERG, LLC**

                   By: _____
                   Jon L. Norinsberg, Esq.

2

110 East 59th Street, Suite 3200
New York, New York 10022
Tel: (212) 227-5700
Fax: (212) 406-6890
Email: jon@norinsberglaw.com
*Attorneys for Plaintiffs*

TO:  Marshall Bellovin, Esq.
Ballon Stoll, P.C.
810 Seventh Avenue, Suite 405
New York, New York 10019
Tel: (212) 575-7900, ext 3270
Fax: (212) 764-5060
Email: mbellovin@ballonstoll.com
*Attorneys for Defendants*