UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROY MATHEW, JAYSON YESUDASAN, ABDUR HOWLADER, MIAH SALIM MOHAMMAD individually and on and all others similarly situated,

                              *Plaintiffs*,

-against-

SMZ IMPEX, INC., FARM AND GROCERY, INC., KUSUM SHAH, individually, BHARAT SHAH, individually, JIGAR SHAH, individually, MANGESH SHAH, individually, and JAGESH SHAH, individually,

                              *Defendants*.
------------------------------------------------------------------X

Dkt. No.:  17 Civ. 9870 (JPO)

**JUDGMENT PURSUANT TO RULE 68**

**IT IS HEREBY ORDERED, ADJUDICATED AND DECREED THAT:**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, and the Plaintiffs' acceptance on December 6, 2021 of Defendant's Offer of Judgment, by executing and filing the Offer of Judgment with the Court at Docket No. 93, Plaintiffs will take Judgment against the above-captioned Defendant, Farm and Grocery, Inc., in the amount of Ninety Thousand Dollars and No Cents ($90,000.00) according to the terms of the Offer of Judgment, appended as Exhibit A to this Judgement, with are fully and completely incorporated herein.

Dated: New York, New York
        January 13, 2022

                                                      _____
                                                        J. PAUL OETKEN
                                                        United States District Judge